IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| MICHAEL MCCULLOUGH, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | Case No.: 1:13-CV-00118 (WLS) |
| BOARD OF REGENTS OF THE | : | |
| UNIVERSITY SYSTEM OF GEORGIA, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER**

Presently pending before the Court is Plaintiff's Motion for Leave to File Sur-reply in Opposition to Motion to Dismiss. (Doc. 20.) Therein, Plaintiff asserts that a sur-reply is needed to respond to Defendant's misstatements of Plaintiff's arguments in opposition to dismissal on statute of limitation grounds. Per Plaintiff, Defendant's misstatements constitute newly raised arguments.

While the Court is vested with the discretion to grant leave to sur-reply,[1] in this instance, the Court declines to do so. The Court has reviewed the issues outlined by Defendant in its Motion to Dismiss, specifically the statute of limitations issues to which Plaintiff refers, and concludes that no further briefing is needed. As Plaintiff points out, Defendant will only prevail on its motion to dismiss on limitations grounds if it is "apparent from the face of [Plaintiff's] complaint that [his] claim is time-barred." *La Grasta v. First Union Sec., Inc.*, 358 F.3d 840, 845 (11th Cir. 2004) (additional citations and quotations omitted). As such, the Court does not need Plaintiff to further clarify its

---

[1] Sur-reply briefs are neither authorized nor favored by the Local Rules of this Court. M.D. Ga. L.R. 7.3.1.

1

arguments *about* the averments in the Complaint. The averments in the Complaint, for the purpose of assessing Defendant's Motion to Dismiss, should speak for themselves. Therefore, the Court will assess the Complaint and the *legal* arguments asserted by the parties to determine whether Plaintiff's Complaint survives dismissal. Accordingly, Plaintiff's Motion for Leave to File Sur-reply in Opposition to Motion to Dismiss (Doc. 20) is **DENIED**.

    **SO ORDERED**, this  4th   day of February 2014.

                        /s/ W. Louis Sands
                        **W. LOUIS SANDS**
                        **UNITED STATES DISTRICT COURT**